Stan E. Riddle (Bar No. 167732)
Law Offices of Stan E. Riddle
2175 N. California Blvd., Suite 805
Walnut Creek, CA 94596
Tel. (925) 818-2795
Fax. (925) 262-4643

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

    Erico Tan Garcia

    335 Breed Avenue
    San Leandro, CA 94577

    SS#: xxx-xx-7562

                            Debtor

Chapter 13 Case No.: 12-42237-WJL

APPLICATION TO MODIFY CHAPTER 13 PLAN

    The Debtor, Erico Tan Garcia, respectfully requests the Court allow Debtor to modify the Chapter 13 Plan as follows:

1. Increase plan payments to **$605** per month effective **October 2014** through the end of the plan.

2. Add Capital One, N.A. (Best Buy Co., Inc.) – Secured Claim No. 9 in the amount of $274.99 at 0% Interest. Disbursements for this claim should begin as of October 2014.

    The reason for the modification of the Chapter 13 plan is that certain creditor claims are higher than originally anticipated. As a result, the Debtor proposes a step plan in which the

plan payments will be $605 per month as of October 2014 until the end of the plan. Debtor will obtain additional income support from his nephew to support this plan. Without this step plan structure, Debtor fears that it will not be able to continue to stay current with an increased plan payment amount. As a result, the Debtor proposes changes in the monthly plan payments to satisfy the requirements of the Chapter 13 plan.

The Chapter 13 Plan, as modified, would be completed within sixty (60) months from commencement of the case. The Debtor respectfully requests the Court enter an order granting the requested modification as set forth above.

Date: October 7, 2014 /s/ Stan E. Riddle  
Stan E. Riddle, Attorney for Debtor